# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Magnolia North Property Owners' Association, Inc.,
Respondent,

v.

Heritage Communities, Inc., Heritage Magnolia North,
Inc., and Buildstar Corporation, Petitioners.

Appellate Case No. 2012-212048

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Horry County
Clifton Newman, Circuit Court Judge

---

Opinion No. 27577
Heard February 19, 2015 – Filed September 30, 2015

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

C. Mitchell Brown, William C. Wood, Jr., and Brian P.
Crotty, all of Nelson Mullins Riley & Scarborough, LLP,
of Columbia; and William L. Howard, Stephen L.
Brown, and Jeffrey J. Wiseman, all of Young Clement
Rivers, LLP, of Charleston, for Petitioners.

John P. Henry and Philip C. Thompson, both of
Thompson & Henry, PA, of Conway, for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals' decision in *Magnolia North Property Owners' Ass'n v. Heritage Communities, Inc.*, 397 S.C. 348, 725 S.E.2d 112 (Ct. App. 2012). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**